UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JESSE ORTIZ,

          Plaintiff,

v.

THE HERSHEY COMPANY,

          Defendant.

Case No.: 2:11-cv-03123 (STA)

---

## MOTION FOR SUMMARY JUDGMENT

Defendant The Hershey Company ("Hershey" or "Company"), by and through its undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court for summary judgment in its favor on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law.

In support of its Motion, Defendant relies upon the Declaration of Jerry Love, the Declaration of Wanda McKinnon, Defendant's Rule 56.1 Statement of Undisputed Material Facts, and the Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

| | |
|---|---|
| Dated: June 20, 2013 | By: /s/ Jonathan C. Hancock<br>Jonathan C. Hancock (TN# 18018)<br>Joann Coston-Holloway (TN# 27165)<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>165 Madison Avenue, #2000<br>Memphis, TN 38103<br>Telephone: 901.526.2000<br>Facsimile: 901.577.2303<br><br>-and-<br><br>Amanda Dealy Haverstick<br>Edna D. Guerrasio<br>One Newark Center<br>Newark, New Jersey 07102ahavertsick@proskauer.comeguerrasio@proskauer.com973.274.3200(ph)/973.274.3299(fax)<br><br>*Attorneys for Defendant*<br>*The Hershey Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following: Attorney for Plaintiff, Linda Kendall Garner at the law firm of Linda Kendall Garner.

/s/ Jonathan C. Hancock