IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JESSE ORTIZ,**

    **Plaintiff,**

vs.                                                    Case No:  2:11-cv-03123-STA-tmp

**THE HERSHEY COMPANY,**

    **Defendant.**

### MOTION FOR EXTENSION OF TIME TO FILE

      Comes now, Plaintiff by and through his attorney of record, Linda K. Garner, and moves this court for an extension of time to file its Response to the Defendant's Motion for Summary Judgment from July 20, 2013 to July 23, 2013.

      As grounds for this request, counsel would show:

1.      That she requires additional time to complete Plaintiff's Response to Defendant's Motion for Summary Judgment because she has just completed and filed a 34 page, Appellant Brief in the 6th Circuit Court of Appeals for another client, on July 19, 2013.

2.      That subject to the court's approval, in not opposing this extension, Defendant is requesting additional time to file a Reply Brief until Monday, August 6, 2013, rather than August 1, 2013, to which, Plaintiff has no objection.

      WHEREFORE, Plaintiff prays:

1.	That Plaintiff be allowed until Tuesday, July 23, 2013 to file his Response to Defendant's Motion for Summary Judgment.

2.	That the Defendant be allowed until Monday, August 6, 2013 to file its Reply Brief.

                Respectfully submitted,

                s/ Linda Kendall Garner_____
                22 North Front Street, Suite 140
                Memphis, Tennessee  38103
                901 524-1111
                901 524-1004 facsimile
                lgarner4@comcast.net
                *Attorney for Plaintiff*

## CERTIFICATE OF CONSULTATION

The Plaintiff has consulted with the Defendant's counsel, Amanda Haverstick and there is no opposition to the form of the Motion.

                Certified by: s/  Linda K. Garner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true ad exact copy of the foregoing document was forwarded to Amanda D. Haverstick, and Edna Guerrasio, counsel for the Defendant via the court's ECF notification system, this 19th day of July, 2013.

                Certified by: s/  Linda K. Garner