| JESSE ORTIZ (Averaging 17-19 barrels per day) | WES GARLOCK |
|---|---|

**JESSE ORTIZ**

**START UP**
1. Clean 4 presses
2. Initiate four (4) presses running
3. Wand check (hourly)
4. 1/2 hour conformity checks:
   * weight
   * size
   * hardness
5. Physically retrieve barrels for balk-off (8 at a time)
6. Line the barrels with foil bags
7. Check barrels for fullness of product
   * If barrel is full, replace the barrell
      a. Roll the barrell approximately 10ft.
      b. Lift the barrell and place it on a weight scale
   * If the weight is low:
      a. Manually add more product using a scooper
   * If the weight is high:
      a. Manually remove the product using a scooper

**SEALING PROCESS**
8. Manually roll the barrel onto a skid.
9. Using hands-on technique, press down removing excess air.
10. Apply the "iron" to the bag, creating a seal
11. Put the lid on.
12. Red tag the bag (to prevent tampering) with a barrel sealer

**PIRATE LABELING**
13. Record the eight digit sealer number on the tag
14. Record name (Pltf used his initials only)
15. Record Flavor
16. Record Shift
16. Record Date Product Made

**ADDITIONAL DUTIES OF ADD-ON (HOPPER)**
1. Hourly metal checks
2. Random checks to Hopper:
   * volume of candy (how much candy in hopper)
   * volume of cany in mixing tank.

**If Enough Candy:**
   * return to presses

**If Not Enough Candy:**
   * Mix Candy
   * Remove the Tops
   * Roll the barrels about 20 ftplug in th emixer and mix the candy
   * Unplug the mixer, pull the mix to the belt
   * Open the chute and pour candy into the holding tank

**CONTINUE HOURLY AND 1/2 METAL CHECKS.**

Salas Depo p.23, line 16-24, p. 24, lines 1-18, Johnson Depo.p. 19 lines, 5-20, p. 39, lines 10-15

**WES GARLOCK**

**START UP**
1. Clean 2-3 presses
2. Initiate 2-3 presses
3. 1/2 hour conformity checks
   * weight
   * size
   * hardness
4. Rolling 335 lb barrels from the press to the pallet (as needed)
5. Monitor the 328 Breathsaver Presses
5. Balking-off for extra tablets (as needed)
6. Continue hourly a 1/2 conformity checks

Garlock Depo. p. 11, liens 22-24, p. 12, lines 1-24, p. 13, lines 1-19

Ex. 1