UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JESSE ORTIZ,

          Plaintiff,

  v.

THE HERSHEY COMPANY,

          Defendant.

Case No.: 2:11-cv-03123-STA-tmp

---

**ORDER GRANTING JOINT MOTION TO CONTINUE THE TRIAL AND PRE-TRIAL SETTINGS PENDING DISPOSITIVE MOTION RESOLUTION**

---

Before the Court is the parties' Joint Motion to Continue the Trial And Pretrial Settings. For good cause shown, the Motion is **GRANTED**. The Court will take up Defendant's motion for summary judgment and reset the trial and pretrial deadlines pending the disposition of the Rule 56 motion.

**IT IS SO ORDERED.**

          s/ S. Thomas Anderson
          S. THOMAS ANDERSON
          UNITED STATES DISTRICT JUDGE

          Date: August 13, 2013