IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSE ORTIZ, | ) |
| | ) |
| Plaintiff, | ) NO. 2:11-cv-03123-STA-tmp |
| | ) |
| v. | ) Jury Demanded |
| | ) |
| THE HERSHEY COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

IT APPEARING TO THE COURT that the Motion of Todd J. Shill to Appear *Pro Hac Vice* is well taken.

IT IS ORDERED, that Todd Shill is admitted to practice before this Court in the above styled case.

SO ORDERED this the 30th day of September, 2013.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE