# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESSE ORTIZ** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **HERSHEY COMPANY** | **CASE NO: 11-3123-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on October 7, 2013, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 10/8/2013

                                        THOMAS M. GOULD
                                        Clerk of Court


                                        s/Terry L. Haley
                                    (By)   Deputy Clerk