michelle



**Thomas M. Gould**
*Clerk of Court*

# United States District Court
# Western District of Tennessee

---

**Federal Building**
**167 North Main Street, Suite 242**
**Memphis, Tennessee 38103**
*901-495-1200 (Telephone)*
*901-495-1250 (Facsimile)*
*Tom_Gould@tnwd.uscourts.gov*

**Federal Building**
**111 South Highland, Room 262**
**Jackson, Tennessee 38301**
*731-421-9200 (Telephone)*
*731-421-9210 (Facsimile)*

October 16, 2013

Re:   *Jesse Ortiz v. Hershey Company*
      District Court Case No: 11-3123 STA tmp

Dear Parties:

You are hereby notified that the hearing on taxation of costs is set before the Clerk of Court on **Thursday, November 7, 2013 at 11:00 AM** and will be held in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 N. Main Street, Memphis, Tennessee.  You may appear at that time and make any oral argument you believe relevant, but you are not required to attend. The Clerk of Court will accept any relevant citation of law and/or written memorandum in support of or in opposition to awarding costs that the parties wish to submit, but such submissions must be received by the Clerk and delivered by mail or electronically, as required by the Local Rules, to the opposing party no less than five (5) days prior to the scheduled hearing.  Appearance at this hearing and submission of relevant case citations and/or memorandum is completely optional. Appearance by telephone is permitted upon notice to the Clerk no less than 24 hours prior to the scheduled hearing.   Counsel should also contact the Clerk no less than 24 hours prior to the hearing if they will <u>not</u> appear by telephone or in person.

Sincerely,


Thomas M. Gould, Clerk of Court
by:   s/Jean Noé
Administrative Specialist
United States District Court
Western District of Tennessee