IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JESSE ORTIZ,

    Plaintiff,

vs.                                    Case No: 2:11-cv-03123-STA-tmp

THE HERSHEY COMPANY,

    Defendant.

## NOTICE OF APPEARANCE

Notice is hereby given that Jesse Ortiz, Plaintiff in the above named case, by and through his attorney of record, hereby gives notice to the Court of his desire to appeal to the Sixth Circuit Court of Appeals from the Judgment of the Honorable Judge S. Thomas Anderson on October 7, 2012.

                                                Respectfully Submitted,

                                                s/Linda Kendall Garner
                                                Linda Kendall Garner (# 13573)
                                                22 North Front Street, Ste. 140
                                                Memphis, Tennessee 38103
                                                901-524-1111office
                                                901-524-1004 facsimile
                                                Igarner4@comcast.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this document was served to counsel for the defendant via the court's ECF filing system, this 6th day of November, 2013.

                                                Certified by: s/ Linda Kendall Garner